O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NAREK DAVTIAN, | ) | Case No. CV 14-05417 DDP (Ex) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER TO SHOW CAUSE RE: SANCTIONS** |
| v. | ) | **FOR PLAINTIFF'S FAILURE TO COMPLY** |
| | ) | **WITH COURT'S INSTRUCTIONS** |
| JAGUAR LAND ROVER NORTH AMERICA LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

All counsel were instructed to meet with the Courtroom Deputy on November 25 at 10:00 a.m. to discuss this court's trial practices and procedures and to review disputed jury instructions with court staff. The Courtroom Deputy informed counsel in person of their obligation to appear, following the pretrial conference on November 23. The Courtroom Deputy reminded counsel of the meeting and notified them of the 10:00 a.m. start time in writing, via e-mail, on November 24.[1] Defense counsel appeared, as instructed.

---

[1] The Courtroom Deputy also raised the possibility of a 3:00 p.m. status conference regarding the parties' inability to execute a settlement agreement. That issue was completely unrelated to the subjects to be addressed at the 10:00 meeting with the Courtroom Deputy.

1  Plaintiff's counsel did not appear at, and took no steps to contact
2  the Courtroom Deputy prior to, the appointed time.  Accordingly,
3  Plaintiff's counsel shall file a brief, not to exceed five pages,
4  showing cause why counsel should not be sanctioned for failure to
5  comply with this court's instructions as relayed by the Courtroom
6  Deputy. Such brief shall be filed on or before November 27, 2015.
7  IT IS SO ORDERED.

10 Dated: November 25, 2015

                                              DEAN D. PREGERSON
                                              United States District Judge